December 20, 1976
371 A.2d 849
Aungst v. Waugh, Appellant.

Submitted September 15, 1976. Clifford A. Rieders, and Stuart, Murphy, Hager & Smith for appellant; Sidney A. Simon, for appellee.

Decree affirmed.

371 A.2d 849
Brody Appeal.

Submitted March 22, 1976. Harold M. Kane, for appellant; Richard P. Myers, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for appellee.

Order affirmed.